# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

REBECCA SANG,                           Civil No. 09 455 (RHK/SRN)

           Plaintiff,               **ORDER FOR DISMISSAL**
vs.                                     **WITH PREJUDICE**

CITY OF ST. PAUL, et al.

           Defendants.

_____

Pursuant to the parties' Stipulation (Doc. No. 50), **IT IS ORDERED** that the settlement of this action as set forth on the record on July 29, 2010, is approved pursuant to Minn. Stat. § 466.08 and, as a result, the above-entitled action may be, and the same hereby is, **DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 31, 2010

                                                                s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge